a redemption in this case. If his original order allowing a redemption was correct, it follows that his refusal to vacate it was not error. Certiorari quashed, with fifty dollars costs and disbursements.

John Albert v. The New York Central and Hudson River Railroad Company.— Motion to amend order granted. No opinion.

Edward Palmer v. New York and Lake Champlain Transportation Company and Others.— Motion to resettle order denied, with ten dollars costs. No opinion.

August Schmidt v. John Brown and Others.— Motion for reargument denied, with ten dollars costs. No opinion.

Susie Sheldon v. Cornelia Mott.— Motion to dismiss appeal denied, with ten dollars costs. No opinion.

Charles A. C. Beller v. Sarah J. Antisdel.— Motion to dismiss appeal denied, without costs, with leave to appellant to serve notice of appeal upon other parties upon payment of ten dollars costs within twenty days after service of this order. No opinion.

The People of the State of New York v. George Van Dyke and Others.— Motion to dismiss appeal granted, without costs. No opinion.

Annie Rutherford v. Town of Madrid.— Order reversed, with ten dollars costs and printing and other disbursements, and motion denied, with ten dollars costs.—

PER CURIAM: This case has heretofore been before this General Term (77 Hun, 545), and we do not perceive that it now presents any different aspect from what it did then. The principles then enunciated as to the discretion to be exercised by courts in determining motions of this character, were carefully considered, and the rules then laid down were not merely the *dicta* of the judge writing the opinion, but were the utterances of the General Term, and they are the rules to govern the hearing and determining of such motions in this department, until reversed or modified by the General Term thereof, or by the Court of Appeals. They are not cast iron rules, but, like other general rules, subject to possible exceptions. The case before us is not one of those exceptional cases which is exempted from the general rule, but seems to be one to which the general rules are peculiarly applicable. The order appealed from is reversed with ten dollars costs and printing and other disbursements, and the motion denied, with ten dollars costs. Present— Mayham, P. J., Putnam and Herrick, JJ.

Peter A. Delaney v. Charles Miller, Jr.— Motion for reargument granted. No opinion.

Aaron R. Stevens and Andrew A. Douglas v. The Union Trust Company of New York and Others.— Judgment affirmed, with costs.— Decided with *Harrison* v. *Union Trust Company.* See *ante,* page 465. 80 80